# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130226

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GAYLON C. KOUTZ,
　　　　　Plaintiff-Appellant,

v

FARM BUREAU INSURANCE,
　　　　　Defendant-Appellee.

SC: 130226
COA: 255903
Gratiot CC: 03-007990-CK

_____/

　　　By order of May 30, 2006, the application for leave to appeal the November 17, 2005 judgment of the Court of Appeals was held in abeyance pending the decision in *Cameron v Auto Club Ins Ass'n* (Docket No. 127018). On order of the Court, the case having been decided on July 28, 2006, 476 Mich ___ (2006), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　CAVANAGH, J., would grant leave to appeal.

　　　WEAVER, J., would grant leave to appeal to reconsider *Cameron v Auto Club Ins Ass'n* (Docket No. 127018).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

p0918